■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO S. GUZMAN, Appellant. [709 NYS2d 715] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of aggravated harassment of an employee by an inmate (Penal Law § 240.32). We reject defendant's contention that County Court erred in admitting in evidence the t-shirt and uniform shirt worn by the correction officer. Although the chain of custody was broken with respect to those items, the People's proof provided reasonable assur-

ances that they were the same as those worn by the correction officer and that their condition was unchanged (*see, People v Miller,* 242 AD2d 896, 897, *lv denied* 91 NY2d 876; *People v Anderson,* 99 AD2d 560, 561). Any deficiency in the chain of custody affects the weight of the evidence, not its admissibility (*see, People v Miller, supra,* at 897). (Appeal from Judgment of Ontario County Court, Harvey, J.—Aggravated Harassment of Employee by Inmate.) Present—Pigott, Jr., P. J., Green, Wisner and Scudder, JJ.